UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
 ) CASE NO. CR17-290-RSL
    Plaintiff, )
 )
    v. )
 ) DETENTION ORDER
MUHAMMAD FAHD, )
 )
    Defendant. )
_____ )

Offense charged: Conspiracy to Commit Wire Fraud; Conspiracy to Violate the Travel Act and the Computer Fraud and Abuse Act; Wire Fraud (four counts); Accessing a Protected Computer in Furtherance of Fraud (two counts); Intentional Damage to a Protected Computer (two counts); Travel Act (four counts); Forfeiture Allegations

Date of Detention Hearing: August 5, 2019.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was not interviewed by Pretrial Services, so his background information, including citizenship, is unknown or unverified. Defendant was arrested in Hong Kong in February 2018 and contested extradition. He now appears before this Court. The government alleges that the scheme underlying this Indictment involved illegally unlocking iPhones from AT&T's service network, allowing them to be resold and causing significant financial impact to victims of the conspiracy. The government proffers information that defendant has a history of frequent travel to Pakistan, which has a practice of not extraditing Pakistani nationals to the United States, and has acquired Grenada citizenship, a country that is not currently extraditing defendants to the United States. Defendant does not contest entry of an order of detention.

2. Defendant poses a risk of nonappearance based on lack of background information, and status as a foreign national. Defendant poses a risk of financial danger based on the nature and circumstances of the offense.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 5th day of August, 2019.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge