# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | Case No. 2:17-CR-290-RSL |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL MOTIONS DATES |
| MUHAMMAD FAHD, | |
| Defendant. | |

This matter comes before the Court on defendant Muhammad Fahd's "Unopposed Motion to Continue Trial and Pretrial Motions Dates." Dkt. #40. Having considered the facts set forth in the motion, and defendant's knowing and voluntary waiver, the Court finds as follows:

1. The Court adopts the facts set forth in the unopposed motion; specifically, that defense counsel needs additional time to receive, review, and analyze the voluminous discovery, including pursuant to a protective order that will likely require defendant to review some of the discovery in the presence of counsel, conduct a defense investigation, obtain expert consultants, and evaluate and prepare appropriate pretrial motions. The Court accordingly finds that a failure to grant a continuance would deny counsel, and any potential future counsel, the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

2. The Court finds that a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i).

3. The Court finds that the additional time requested between October 7, 2019, and the proposed trial date of October 19, 2020 is a reasonable period of delay, as defense counsel needs additional time to receive, review, and analyze the discovery, conduct an investigation, obtain expert consultants, and evaluate and prepare appropriate pretrial motions. The Court finds that this additional time is necessary to provide defense counsel reasonable time to prepare for trial, considering all the facts set forth above.

4. The Court further finds that this continuance would serve the ends of justice, and that these factors outweigh the best interests of the public and defendant in a speedier trial, within the meaning of 18 U.S.C. § 3161(H)(7)(A).

5. Defendant has signed a waiver indicating that he has been advised of his right to a speedy trial and that, after consulting with counsel, he has knowingly and voluntarily waived that right and consented to the continuation of his trial to a date up to and including November 2, 2020, Dkt. #41, which will permit trial to start on October 19, 2020, per defense counsel's request.

IT IS HEREBY ORDERED that the trial date be continued from October 7, 2019 to October 19, 2020.

IT IS FURTHER ORDERED that the pretrial motions deadline be continued to July 23, 2020.

IT IS FURTHER ORDERED that the period of time from the current trial date of October 7, 2019, up to and including November 2, 2020, shall be excludable time pursuant to the 18 U.S.C. § 3161, *et seq*. The period of delay attributable to this filing and granting of this motion is excluded for speedy trial purposes pursuant to 18 U.S.C. §§ 3161(h)(1)(D), (h)(7)(A), and (h)(7)(B).

1      DATED this 30th day of August, 2019.

3                                        /s/ Robert S. Lasnik
4                                        Robert S. Lasnik
                                         United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE
TRIAL AND PRETRIAL MOTIONS DEADLINE - 3