Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD FAHD,<br><br>Defendant. | No. CR 17 – 290 RSL<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL |

Defendant's motion for substitution of counsel came on regularly for hearing, and, the Court being fully advised, grants the motion.

IT IS THEREFORE ORDERED that attorney Andrea Delgadillo Ostrovsky is permitted to withdraw, and attorney Stephan R. Illa is substituted in her place as defendant's retained counsel of record effective this date.

ORDERED this 6th day of ~~January~~ Feb., 2020.

*/s/ Robert S. Lasnik*
Hon. Robert S. Lasnik
U.S. District Court Judge

[~~PROPOSED~~] ORDER GRANTING MOTION FOR
SUBSTITUTION OF COUNSEL – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142