Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MUHAMMAD FAHD,<br><br>Defendant. | No. CR 17 – 290 RSL<br><br>ORDER GRANTING DEFENDANT FAHD'S UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

Defendant's unopposed motion to continue the pretrial motions deadline came on for hearing, and, the Court being fully advised, grants the motion;

IT IS THEREFORE ORDERED that the deadline for filing pretrial motions is continued to August 21, 2020, and responses to pretrial motions shall be filed no later than September 4, 2020..

ORDERED this 28th day of July, 2020.

_Mr S Lasnik_

Hon. Robert S. Lasnik
U.S. District Court Judge

ORDER GRANTING DEFENDANT FAHD'S
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 1

1   Presented by:

2   LAW OFFICES OF STEPHAN R. ILLA

3

4   Stephan R. Illa
    WSBA No. 15793
5   Attorney for Defendant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANT FAHD'S
UNOPPOSED MOTION TO CONTINUE PRETRIAL
MOTIONS DEADLINE – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
POST OFFICE BOX 10033
BAINBRIDGE ISLAND, WA 98110
(206) 817-4142