# Exhibit A

MR. MUHAMMAD FAHD

REGISTRATION NO. 49627-086
FEDERAL DETENTION CENTER
POST OFFICE BOX 13900
SEATTLE, WA 98198-1090

September 7, 2021

Hon. Robert S. Lasnik
United States District Judge
US District Court for the Western District of Washington
700 Stewart Street
Seattle, WA 98101

    Re: <u>US v. Fahd</u>
       No. CR 17 – 290 RSL

Dear Judge Lasnik:

My name is Muhammad Fahd. I am a son, a father, a brother, and uncle. I have gone astray and made many mistakes. I come from a family of honorable, respected people. No one in my family has ever gone to prison. I am deeply ashamed to find myself here, before you for sentencing on a very serious criminal offense. I am ashamed of my actions and the greed that motivated them.

I have let myself and my family down and brought disgrace upon them. I am solely responsible for my crimes. I do not blame anyone but myself.

I apologize to the company I victimized here, as well as the people I used and enticed to get involved in this fraud.

I have had a great deal of time to think about what I have done and why I did it. I see clearly now that I was motivated by greed. I became consumed with the desire to make more and more money. I am sad to admit the truth: it did not take me very long to abandon the path of righteousness and to acquire money that was not mine.

And once I started down the wrong path, I had eyes only for more and more money. I took such delight in being able to get what I wanted that I no longer even considered whether what I was doing was right or wrong.

Page 1

US v. Fahd, CR 17-290 RSL  Exhibit A
Defendant's Sentencing Memorandum  Defendant's Letter to the Court  Page 1 of 3

Since I was a child, I was raised in a house full of problems, mostly related to money, because my father's business was not doing well. My family had to relocate to the United States for that very reason, and when we were just starting to get back on our feet in the US we were deported back to Pakistan. The constant uncertainty and fear and thoughts that my family would be poor or homeless haunted me. So, I always ran after the money. And it was not easy, especially in Pakistan, where there are not many opportunities to make a stable living. As a result, it was a constant struggle during this part of my life.

My stresses and anxieties increased further when my mother told me that I had to get married. My family had arranged a marriage for me, and I was suddenly faced with new concerns about how I could come up with enough money to support my wife and future family.

When an opportunity arose for me to make fast and easy money, I jumped at the opportunity. Over time, I became obsessed with the money and any thought that I was doing wrong disappeared. I did not know it, but I was on a path to self-destruction. Worse yet my misconduct destroyed the lives of those around me.

In the three years since I was arrested, there are many things that have gone badly for me. My relationship with my family has been damaged because of the disgrace I have brought upon them. I lost my wife and son as a result of this offense as well. My future is uncertain and my anxiety great.

I want the Court to know that my time in prison will serve as a substantial deterrent to me. Frankly, the time I have spent in custody has been a horrible, soul-crushing experience. I never want to go back to prison.

Despite my troubles, I see that I have been given blessings as well as burdens to bear. In the three years I have been incarcerated, I have grown closer to God and have learned to rely upon his guidance. My time in prison has made me understand that life and freedom should never be taken for granted. They are priceless.

I am also thankful that this experience has made me a humble and contrite man. My incarceration is taken away the sickness of greed and has made me instead covet a reputation as an honest man. I am sorry for the harm I have caused.

Page 2

US v. Fahd, CR 17-290 RSL
Defendant's Sentencing Memorandum

Exhibit A
Defendant's Letter to the Court

Page 2 of 3

I have been working while in prison. This has shown me the value of hard-earned money. I know whatever I do will never make up for my misconduct. However, I want the Court to know that I am trying my best and will continue my quest to be a better person.

During my time in prison, I have learned a lot of things and met a lot of people and heard a lot of stories. Living with others in this environment has been a substantial deterrent to me. The time I have spent inside has been a horrible experience physically and psychologically. I never want to go back to prison.

I have lost a lot during my time in prison. I lost years with my son, my parents, and other family members. During this time, my marriage fell apart and I was divorced. My wife has taken away my son and I feel devastated by this.

When I am done serving my sentence in this case, my plan is to return to Pakistan and go into business with my family members.  My uncle has a courier service in Pakistan, and he said he will give me a job when I return.  My long-term plan is to go into business with my cousin.  He has experience in the clothing industry and runs a specialty clothing manufacturing company of his own.  He and I have discussed starting a new company when I get back.

When released, I will continue the straight path and not associate with any criminal activities.  I want you to know that I will never again break the law, even if it seems that doing so might be profitable.  I am so sorry for the wrongs that I have done and for the trouble I have caused in the community.  I promise the Court that I will live within the law for the rest of my days.

Sincerely,

*[signature]*

Muhammad Fahd

US v. Fahd, CR 17-290 RSL
Defendant's Sentencing Memorandum

Exhibit A
Defendant's Letter to the Court

Page 3
Page 3 of 3