Exhibit B

20/06/2021


Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101


Re: United States v. Fahd

No. CR 17 – 290 RSL


Honorable judge Lasnik:


My name is Muhammad Ibrahim and I am 75 years old. I am Fahd's father. Fahd is the youngest of my four children. My son is a loving person and ready to help others. He is soft hearted , and takes care of me and his mother . I am a diabetic and his mother is a heart patient. He always looked after  me and his mother. And while he is there he still worries about us more than him. Me and his mother are aged now and due to our illness and I'm frightened whether I would be able to see him or not. I talk to him every time he calls. As a father I can sense his remorse and feelings he is having after the whole incident. Whenever I talk to him I tell him to be strong, because there were a lot of times when he would give up hope. He realises his mistake and is very sad about it. We support him and when he comes back we will continue our support and help him become a better person and a member of the society.

   This whole tribulation has taken a toll on us physically and financially and we were bound to sell our property and other liquid assets to cover his legal expenses in Hong Kong and as well in

the USA. He is a very loving son , brother and a father, we miss him a lot. I would humbly appeal you to please consider my request while sentencing of my son Muhammad Fahd . I would really appreciate

Sincerely yours,

Muhammad Ibrahim

05/11/2021

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101

Re: United States v. Fahd

No. CR 17 – 290 RSL

Dear Judge Lasnik:

My name is Zubaida Ibrahim. I am 69 years old. I am Fahd's mother.

I don't know much about the law or charges my son is being accused of, but I know my son.

So I will talk about his habits and nature. He is headstrong and stubborn sometimes but always loving and caring. Ready to help others. Goes out of the way for that reason. Though he seems tough from outside but really has a soft heart. He really takes care of me and his father. As I am a heart patient he helps me with my doctors appointments and refills my medication, also pitches in half of our household expenses including a maid who helps me in day to day work. Apart from that he gives a lot donations to organizations and individuals who are in need, once a year he and his brother hold food drive and collect donations in which they give a month's groceries to people who are less fortunate and cannot afford them. He cares for his family and still while being in detention, worries about us instead of himself. Me and his father are old now and due to our illness, me being heart patient and his father being diabetic i am afraid & scared whether we will be able to see my son or not as amongst this pandemic no

one knows what will happened In past year I have seen our relatives younger than me passed away due to covid.

Apart from that my son Fahd is really a loving and caring son, father and a husband. He made a mistake due to the lapse of judgment. We, including me, miss him a lot. I would humbly appeal to you to please consider my letter while sentencing of my son Muhammad Fahd. Would really appreciate it.

Sincerely yours

Zubaida Ibrahim

03/11/2020

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101

Re: United States v. Fahd

No. CR 17 – 290 RSL

Dear Judge Lasnik:

My name is Muhammad Asif. I am 46 years old. I run my own used car business I am Fahd's elder brother.

I have known Fahd all his life. And as he grew up we have come to know each other little better. He very God fearing and giving person. He tries to take care of everyone in the family. He is a good brother. When I was starting car sales business in 2013 he was the one who helped me out and became my partner in it and believed in me. He helped me physically, financially as well as morally through that time.

Since 2009 we have been helping lots poor and needy people. We twice or thrice a year organize food drive for less fortunate. We also to gather donate as well as volunteer for soup kitchen for homeless and people who cannot afford good meal. He also donates to a welfare organizations.

He does not talk about his philanthropy habits, but he doesn't even realize how many people he helped through out his life. Whether its helping someone getting a job, or giving someone loan to start his own small business without even considering anything in return. Recently while he was in Hong Kong detention center he had a cell mate who did not have a lawyer who could fight his case and apply for his bail. Fahd requested his own lawyer to take his cell mates case and bail him out. And Fahd asked my dad to pay his lawyers fee. This is just one example of his nature. I have recollection of many incidents like this through out his whole of him helping others. Some people call him pushover and some gullible. But that's who he is, he cannot see others in distress.

I also acknowledge that mistake he made is a punishable offense but all this time being in detention he has realized his mistake and is remorseful about it. As his brother I would humbly appeal and request you to please consider these facts that I present in front of you at the time of his sentencing.

I still believe Muhammad Fahd to be an honorable individual, a valuable member of my family, and a good overall citizen. I will support and help him to become a better person.

Thank you for your consideration.

Signature

Muhammad Asif

20/06/2021

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101

Re: United States v. Fahd

No. CR 17 – 290 RSL

Dear Judge Lasnik

My name is Somia Abdul Ghafoor. I am Fahd's elder sister. I Am a housewife. I live in San Antonio with my 3 kids. Fahd is 13 years younger than me. I used to take care of him since he was a child just like my own baby.

Since a very young age Fahd has been very kind and sensitive towards people. He has been helpful and generous since a young age. As he is the youngest of the four siblings he has been independent and caring. Whenever any one needs him or advice Fahd will do his best to help them, especially his family.

Whenever I visited my parents back home Fahd used to take care of me, my children and as well as my husband. I have known and seen myself going out of the way to help people in need.

I don't know much about his work and offense but last year when I went to visit him in Seatac Detention center. He was relieved to see me and at the same time was less worried about

himself and more concerned about our parents. He confided in me that now he regrets his decision and choice he made in the past that led to the situation he is in now.

He is not a bad person, just a person who made bad judgement and decision. Overall he is a good son, father, brother and person which many people can vouch for.

So I would like to humbly request the Honorable Judge to please consider my words in this letter before sentencing my brother. So he can start his life fresh and on the right track and I will support him, not just me my whole family will support him through this process and will keep supporting him.

Would really appreciate your consideration. Thanks.


Somia Abdul Ghafoor

10/28/2020

Hon. Robert S. Lasnik
United States District Judge
US District Court for the Western District of Washington
Courtroom 15106
700 Stewart Street
Seattle, WA 98101

Re:  United States v. Fahd
     No. CR 17 - 290 RSL

Honorable Judge Lasnik:

My Name is Abdul Ghafoor I'm living in San Antonio, Texas, I am operating a small business since 2003, I am 51 years old, and My relation to Fahd Muhammed is that I am his brother in law.

I am married to his sister since 1997 when he was 12 years of age, So I've known him since he was a little kid.

He has always been a humble and kind boy, he has always given respect to his elders, and he has always been a helping nature even when he was little.

He is responsible and caring towards his family, friends, and relatives, Because of his caring nature, everyone of us love him including me.

I am supporting Fahd Muhammed and I will support him in the future.

Thank you for your consideration.

Abdul Ghafoor

31/10/2020

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101


Re: United States v. Fahd

No. CR 17 – 290 RSL

Honorable Judge Lasnik:

My name is Muhammad Hanif Patel. I am doing Constructions business since last 20 years. I am Fahd's uncle. I have known Fahd since he was young boy. But after he got back from America, I got chance to know him better.  He grew up to be a mature and good person though he does not talk too much but opens up only to those people who are close.

Fahd's family is well reputed family, having a good back ground. Whatever time I have spent with Fahd. I have known him to be a helpful, kind person of a good character. In 2014 there was this instance that I was collecting donations for a person in need of dialysis on regular basis. Fahd came to know about it through my son he called me and donated whatever he could and also collected some more from friends and family, to help that person in need.

I have certainly never known Fahd to be involved in any kind of criminal or fraudulent activities, and he seems to have come under influence people whose reputation may not be up to the mark. However what I learned and sensed while I talked to him few months back on the phone, that he is deeply sad and repenting upon to what he has done. I have no knowledge of the subject case but a mistake has apparently been done by him and I also know and believe that he is not that kind of a person who would do wrong to anyone.

I hope my above submissions would be considered at the time of sentencing, so he could afford a chance to become a better person and a good member of the society.  And I as his uncle and family will try my best to help him become a better person.


Sincerely yours

Muhammad Hanif Patel

06/11/2020

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101


Re: United States v. Fahd

No. CR 17 – 290 RSL


Dear Judge Lasnik:

My name is Muhammad Amin and I am 63 years old. I am the Owner/Director of the company. I have been the owner of mattress business and own a couple of courier franchises. I have been in business for over 20 years. I am the uncle of Fahd and have known him for a very long time.

I am aware Fahd had been charged with fraud in the United States almost 3 years ago. I am happy to offer endorsement that Muhammad Fahd is an upstanding member of the community that deserves leniency when deciding on his sentence. I have known Fahd Since he was born and he is the youngest of my sisters' children. He always reminded me of my son who was the same age. But unfortunately my son passed away at the age of 6 because of leukemia.

I always regarded Fahd as one of my own sons. He is a very honest, well mannered, hard working and intelligent boy. When he and his family came back from the USA, he started working here and did a few odd jobs to help family make ends meet. That was the time I saw his true character as a person who takes care of his family and believes in hard work. Several years back when I was having problems with my business he suggested that I should change my suppliers. He personally looked for a supplier, contacted them and got me a better deal without any charge. This shows his helpfulness and taking charge kind of attitude. At that time I offered him a position in my company, but as he was doing his own business at that time he refused. But I told him that any time he wants, he can join my company.

I truly believe he has turned his life around for the better. I've had many talks with him about his life before moving to and the events that led to his incident 3 years ago. Fahd feels remorse for the whole situation and understands his wrongdoing. I've come to know him as a caring, honest and hardworking individual that puts others before himself and I will help him become a better person.

I hope this letter shows the kind and honest person that Fahd is. He has come a long way in rebuilding a better life for him, his wife, his son and family. I feel that a prolonged jail sentence would do more harm than good for what he has accomplished in the past.

Sincerely,

Owner/Director

Muhammad Amin



A-25, Main Bahadurabad,
Karachi-Pakistan
P.O. Box: 3417
Permit No. MC-1262
Ph: (0092-21) 34130786 (5 Lines)
34939655 - 34120882-3
Fax: (0092-21) 34127693

Ref.# _____          Date: _____ Oct 19, 2020 _____

### Letter of Acknowledgement

Mr. Muhammad Fahd,

This Letter is to recognize and acknowledge that you are one of our generous donor for a long time. We also hope that you continue your effort in this regard.

Every donation we receive from donors like you motivate us to work even more to help those in need.

We thank you for your contributions and support.

Regards,

Muhammad Ghazzal
Chief Operating Officer
Saylani Welfare International Trust
UAN: 111-729-526

Web: www.saylaniwelfare.com  UAN 111-729-526  E-mail: info@saylaniwelfare.com

02/June/2021

Hon. Robert S Lansik
United States District Judge
US District Court for the Western District Washington
Courtroom 15106
700 Stewart Street
Seattle, WA 98101

Re : United States v. Fahd
No. CR 17 - 290 RSL

Dear Judge Lasnik :

My name is Unaiza Talal. I am Fahd's elder sister. I am a makeup artist as well as a fashion designer. My brother is a very caring, amazing and a loving person. My relation with Fahd is so outstanding which I can not explain in words, and my love for him is unconditional.

He is not just a brother but he is the only person with whom I could talk freely about anything just like a best friend. I don't need a friend when he is around me. I do share with him each and every thing. If I need any work related advice he used to give me good ideas. He always comforts me in every way he can, for example I wanted to be a makeup artist so he supported me morally.

We used to play, chat, and laugh together. He always supports me in every plan or decision about my projects, achievements or career. For example I wanted to do a course in fashion designing but my parents were not allowing me to do that and on the other side there was Fahd who fully supported me. He also convinced my parents to make me do the course .

He fulfilled all my needs. He never made me sad or any of my family members, kids or my parents or my siblings . He was the one to make plans to go out and always have fun. He is very attached to me and our family. He is overall a very good person. I hope and wish you keep my words in mind while sentencing my brother. Would really appreciate your consideration.

Sincerely yours

Unaiza Talal

31/10/2020

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101


Re: United States v. Fahd

No. CR 17 – 290 RSL

Honorable Judge Lasnik:

My name is Waqas Hatim Tai. I have owned a car trade and auto workshop business since 2010. I am 34  year old. Happily married and have two children. I still remember when I first met Fahd. It was 2013 He came to my shop regarding a problem he was having with his car. Which I was not able to fix initially and we had really heated disagreement about the issue. But as time passed by we have become really close friends. Once I got to know him I found out that he is a really wonderful person overall. He speaks his mind and when you ask his opinion on anything he doesn't sugar coat it and says it. That is the best quality I like about him. There was a time when my business was down and I was barely making ends meet, at that time of my need my family helped me and among friends Fahd was the one who morally supported me and advised me through that rough patch. Plus he was a good influence on me, before meeting Fahd I used to party every weekend. But since I started hanging out with him he forced my habit out. Now I spend my time with my wife and kids.

In 2015 me Fahd and his brother partnered on a business venture and started importing jdm cars as well as parts from Japan.  We continued working from 2015 till the mid of 2017. We stopped due to the new import policy, which made it really hard, also not feasible for us to do business.

All these years I have known Fahd I have never seen him do any kind of unjust to anyone. I have seen him helping people In any way he can. I don't know much about the law or charges he has been accused of, but know one thing that he is really a good person, a good family man and a really good friend a person could ask for. I have nothing but respect for Fahd. I also acknowledge the fact that he made a mistake. And he realizes it too.

So my humble request to the Honourable Judge is to please consider my letter while sentencing him. And I as a friend will help him to be better of himself, the way he helped me be a better person.

Humbly & Sincerely yours

Waqas Hatim Tai

October 28, 2020

Hon. Robert S. Lasnik

United States District Judge

US District Court for the Western District of Washington

Courtroom 15106

700 Stewart Street

Seattle, WA 98101

Re:  United States v. Fahd

No. CR 17- 290 RSL

Dear Judge Lasnik:

My name is Bilal Ghafoor and I am 21 years old. My current occupation is that I am a student finishing off my second year in college. The relationship I have with the defendant is that he is my uncle from my moms side of the family. My uncle and I go a long way back from the time I was born, and he has always supported me until now. What I mean by supported is that he showed me love and support by surprising me with birthday gifts each and every year, and the thing I loved about the gifts is that it would always be something I actually wanted. Besides giving gifts, he has always been there for us through thick and thin, whenever one our of family members were struggling in some certain way, he would always be the person you could rely on, a shoulder to cry on. I believe my uncle is a good person from the heart, and I believe that every single human being has the ability to better themselves as a person even if they make mistakes in their lives, because it is part of who we are as human beings. Mistakes have consequences for your actions, but it does not mean that a person cannot change. The mistakes people make show them the reality of their consequences, and that eventually leads them to becoming a better person and also have a better output on life. It gives them the time to think about what they have done, and most of the time they try to avoid committing those mistakes again. I believe my uncle has the willpower and commitment to better improve himself in the, because he is just a human being like me and there is always room for improvement in the long run. Any human being has the possibility to change, and I believe my uncle is one of those people. I'll continue to support him always because he has always been there for me ever since I was young, so it is only fair that I support my uncle by keeping him in contact until something is eventually established for him.

Thank you for your consideration.

Bilal Ghafoor

10/28/2020

Hon. Robert S. Lasnik
United States District Judge
US District Court for the Western District of Washington
Courtroom 15106
700 Stewart Street
Seattle, WA 98101

Re:     United States v. Fahd
        No. CR 17 – 290 RSL

Dear Judge, Lasnik:

My Name is Hammad Ghafoor I'm 19 years old, and I'm currently a freshman student in college,
and my relation to Fahd Patel is that I'm his nephew, I've known him since I was a baby, he was
always caring, and he is still caring till this day, he never was harsh, he was always supportive,
and there were times when he was so generous by sending me gifts for each of my birthdays, I
basically felt joy and thankful for what he gave me, this shows that he actually cares even when
he was at Pakistan.

Basically what I'm exactly trying to say is that he is a great uncle he has always been really
supportive and kind, So Judge I think you should reconsider my uncle because I think that he'll
astonish you sir.

Thank you for your consideration.

Hammad Ghafoor

10/27/2020

Hon. Robert S. Lasnik
United States District Judge
US District Court for the Western District of Washington
Courtroom 15106
700 Stewart Street
Seattle, WA 98101

Re: United States v. Fahd
No. CR 17 - 290 RSL

Dear Judge Lasnik,

My name is Ayesha Ghafoor I am a sophomore in highschool I am sixteen years old and I live in San Antonio TX, you should visit here sometime the weather is great but it's confusing one day it would be 100 degrees and the next you'd wake up to snow on your porch, not the best but it's nice, Fahd (mamoo) meaning uncle is what I call him I'm his niece I've known him since I was three cause that's when I first met him he's always been a role model to me and my siblings just like how all the other elders in our family have been, even though we lived far away we would still talk to him and the rest of my family in Pakistan on call or FaceTime, he would send us gifts on every special holiday and birthday and I remember asking my mom the first year when uncle fahd went to jail (I was unaware) I asked her why hasn't he sent any gifts which was a surprise because he is the most generous in my family he gave gifts to everyone and he would talk to us on the phone and then after a while I got worried then finally my mom told me what happened and we were all in shock cause that news is something we would have never expected from my uncle, ever since then going to visit family or talking on the phone hasn't been the same because we all miss him and whenever he was around he would take us to the mall and we would all eat together or we would go watch movies together or we would talk about old stories at night with my uncle and family and it was a lot of fun and I would play with my cousins including shehzad who just turned five he is uncle Fahd's son he also misses his dad and my other cousins who also lived with my uncle miss him so much it hasn't been the same at all and we're all just praying and hoping for the best and we can't wait to see him again,
Thankyou for your consideration.
Ayesha Ghafoor

Ayesha Ghafoor