# Exhibit C







Fahd and his wife — Fahd's cousin







